PEOPLE ex rel. SYGULSKI, Appellant, v. BOARD OF MANAGERS OF STATE AGRICULTURAL AND INDUSTRIAL SCHOOL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Proceedings by the people of the state of New York, on the relation of John Sygulski, against the board of managers of the State Agricultural and Industrial School. No opinion. Order affirmed.

PEOPLE ex rel. WALSH v. BINGHAM, Com'r. (Supreme Court, Appellate Division,

First Department. November 20, 1908.) Proceedings by the people of the state of New York, on the relation of Stephen S. Walsh, against Theodore A. Bingham, as commissioner, etc. V. S. Lindsley, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.